# EXHIBIT A – FILED UNDER SEAL

# EXHIBIT B

| | |
|---|---|
| **From:** | Bill Markley |
| **To:** | Alan Baskin |
| **Date:** | Tuesday, October 31, 2023 2:59:18 PM |

Your Honor,

My name is Pastor William Markley (outreach/community pastor in Maricopa county) I have served on staff for 8 years with Church for the Nations, it is with a heavy heart I write this letter to you today.  I've just learned of my friend Jeremy Sowerby being detained. Your honor I do not know any details in this case or what it even concerns, but what I can tell you is that I have known Jeremy for a little more than 8 years at this time and he has been an upstanding, honest, and righteous contributor in every aspect visible including friendships and acquaintances. I would also desire to highlight  he is an excellent father and a loving husband. In all of my dealings with Mr sowerby I can tell you that he has been upstanding and forthright, definitely someone who is not afraid to stop what he is doing and lend a helping hand to any individual that needs it. It has been a great pleasure in getting to know him and watching his family grow and develop. In my opinion, Mr Sowerby is a great contribution to society as a whole. In my line of ministry I do not always get to view or see the best sides of individuals and situations in question,  but however I can honestly attest to the fact that I have witnessed nothing short of positive attributes from Mr. Sowerby,  kind regards and blessings,
P. William Markley





# EXHIBIT C

Jeff Cox
Oct 31st, 2023

Honorable Magistrate Judge Deborah Fine
Re: Jeremie Sowerby

Dear Judge Fine:

My name is Jeff Cox, and I am a business owner and live in Gilbert, Arizona. I am writing on behalf of my friend Jeremie Sowerby.

I met Jeremie in early 2022, via one of the investors of my software company, and I was immediately impressed with Jeremie's love of family, his stories about his children, and how one of his goals in life was to help 1,000 people in life be financially secure through his businesses. He is an intellectual and we would meet for coffee and dinner and talk often about business and hiking the Grand Canyon. One thing I would like to point out is that I never once saw him drink a drop of alcohol nor do any recreational drugs.

While I realize that due to the fact that he is Canadian, that the court might consider him a flight risk, although I am not certain of the specific charges against him. My personal opinion is that Jeremie is not a flight risk: #1 because I don't believe that he would ever leave his children, and #2 because he is a business owner and he will be wanting to take care of his Arizona employees and his investors in Arizona. And I feel like he won't be able to do either of these things if he leaves the country, which is why I personally do not believe that he is a flight risk.

Respectfully,

Jeff Cox